■ In the Matter of ROSE SPERDUTI, Appellant, v NEW YORK STATE EXECUTIVE DEPARTMENT DIVISION OF PAROLE, Respondent. [872 NYS2d 687]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Joseph D. Mintz, J.), entered October 2, 2007 in a proceeding pursuant to CPLR article 78. The judgment granted respondent's motion to dismiss the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Smith, Fahey, Peradotto and Pine, JJ.

■ DENNIS LEBARON, Doing Business as AAA DRAIN CLEANING, Appellant-Respondent, v ERIE INSURANCE COMPANY et al., Respondents-Appellants. [872 NYS2d 350]—Appeal and cross appeal from an order of the Supreme Court, Steuben County (Peter C. Bradstreet, A.J.), entered December 13, 2007. The order, inter alia, granted those parts of the motion of defendants seeking dismissal of the negligence and slander causes of action and the punitive damages claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Hurlbutt, J.P., Smith, Fahey, Peradotto and Pine, JJ.